151 A.3d 967

IN THE MATTER OF REGISTRANT A.W. APPLICATION FOR JUDICIAL REVIEW OF ORDER CLASSIFYING REGISTRANT AND ESTABLISHING REGISTRATION OBLIGATIONS (A.W., PETITIONER)

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002828-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.